IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GARRY CLEVE KRAFT, #263478,** : | |
| Petitioner, : | |
| : | |
| v. : | CIVIL ACTION 16-00585-KD-N |
| : | |
| **KENNETH PETERS,** : | |
| Respondent. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendations to which objections have been made, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 19, 2017 and December 19, 2017, are **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner's Section 2254 Petition is **DISMISSED** with prejudice as time-barred as discussed in the October 19, 2017 Report and Recommendation.

**DONE** and **ORDERED** this the **9**th day of **January 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**